**Louis Alan WILLIAMS, Petitioner— Appellant,**

v.

**Robert J. HERNANDEZ, Warden; * At- torney General of the State of Cali- fornia, Respondents—Appellees.**

**No. 02–55972.**

**D.C. No. CV–99–10193–MRP.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2003.**

Decided Dec. 18, 2003.

Louis Alan Williams, pro se, Soledad, CA, for Petitioner–Appellant.

Matthew C. Mulford, Esq., AGCA–Of- fice of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before BEEZER and KOZINSKI, Circuit Judges, and SCHWARZER, Senior District Judge.***

MEMORANDUM ****

---

* Robert J. Hernandez, Warden, is substituted as a party for Chuck Cottier, Warden. *See* Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suit- able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** The Honorable William W Schwarzer, Sen- ior United States District Judge for the North- ern District of California, sitting by designa- tion.

**** This disposition is not appropriate for pub- lication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Williams has failed to rebut by clear and convincing evidence the state court's factual finding that Randy Brown's testimony was not derivative of Williams's confession. *See* 28 U.S.C. § 2254(e)(1).

In light of Brown's testimony, any error in admitting the identification of Williams's car as that used during the shooting was harmless. *See Brecht v. Abrahamson*, 507 U.S. 619, 637, 113 S.Ct. 1710, 123 L.Ed.2d 353 (1993).

Thus, Williams cannot show that any ineffective assistance by defense counsel Schaaf caused him prejudice. *See Strickland v. Washington*, 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

An evidentiary hearing was unnecessary. *See* § 2254(e)(2).

AFFIRMED.

---

* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.